UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GURSHARAN SINGH PANNU,<br><br>Petitioner,<br><br>v.<br><br>Acting or Current Warden, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. 5:26-cv-04747-FWS-DTB<br><br>**JUDGMENT OF DISMISSAL** |

Pursuant to the Order Rejecting the Report and Recommendation of the Magistrate Judge and Dismissing the Petition without Prejudice (the "Order"), **IT IS ORDERED AND ADJUDGED** that the Petition is **DISMISSED WITHOUT PREJUDICE** (but without leave to amend). The Order constitutes final disposition of the Petition by the court.

Dated: September 30, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE